NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

NOVO NORDISK A/S AND NOVO NORDISK INC.,
*Plaintiffs-Appellants,*

v.

CARACO PHARMACEUTICAL LABORATORIES,
LTD. AND SUN PHARMACEUTICAL INDUSTRIES,
LTD.,
*Defendants-Appellees.*

2011-1223

Appeal from the United States District Court for the Eastern District of Michigan in case no. 05-CV-40188, Judge Avern Cohn.

- - - - - - - - - - - - - - - - - - - - - -

NOVO NORDISK INC. AND NOVO NORDISK A/S,
*Plaintiffs-Appellants,*

v.

PADDOCK LABORATORIES, INC.,
*Defendant-Appellee.*

2012-1031

---

Appeal from the United States District Court for the District of Minnesota in case no. 10-CV-2199, Judge Donovan W. Frank.

---

**ON MOTION**

---

**O R D E R**

Novo Nordisk et al. submit responses and motions concerning how these cases should proceed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted to the extent that the stays of the briefing schedules are lifted in the two above-captioned appeals. The appellant's opening brief in each appeal is due within 40 days of the date of filing of this order.

(2) Appeal 2011-1223 and 2012-1031 will be treated as companion cases, i.e., they will be argued consecutively before the same merits panel.

FOR THE COURT

**AUG 15 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Daniel G. Brown, Esq.
James F. Hurst, Esq.
Mark A. Perry, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 15 2012

JAN HORBALY
CLERK